MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAMUEL LOPEZ, )<br>)<br>Defendant. )<br>_____ ) | No. 4-12-70146-MAG<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM MAY 2, 2012 TO JULY 13, 2012 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of July 13, 2012 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 2, 2012 to July 13, 2012. The parties agree, and the Court finds and holds, as follows:

    1. The defendant is currently in custody.

    2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Counsel for the defendant will be out of the district from

| | |
|---|---|
| 1 | May 11 to June 26, 2012. |
| 2 | 3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for |
| 3 | preliminary hearing. |
| 4 | 4. Counsel for the defense believes that postponing the preliminary hearing is in her |
| 5 | client's best interest, and that it is not in her client's interest for the United States to indict the |
| 6 | case during the normal 14-day timeline established in Rule 5.1. |
| 7 | 5. The Court finds that, taking into the account the public interest in the prompt |
| 8 | disposition of criminal cases, these grounds are good cause for extending the time limits for a |
| 9 | preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, |
| 10 | the Court finds that the ends of justice served by excluding the period from May 2, 2012 to July |
| 11 | 13, 2012 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. |
| 12 | § 3161(h)(8)(A). |
| 13 | 6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary |
| 14 | hearing date before the duty magistrate judge on July 13, 2012, at 9:30 a.m., and (2) orders that |
| 15 | the period from May 2, 2012 to July 13, 2012, be excluded from the time period for preliminary |
| 16 | hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations |
| 17 | under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). |

IT IS SO STIPULATED:

DATED: April 23, 2012        /s/
                             ELLEN LEONIDA
                             Attorney for Defendant

DATED: April 23, 2012        /s/
                             AARON D. WEGNER
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED: April 24, 2012        ~~HON. BERNARD ZIMMERMAN~~ LAUREL BEELER
                             United States Magistrate Judge

2